NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ELDON ROTH**

---

2014-1162

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/363,419.

---

**JUDGMENT**

---

RUSSELL D. CULBERTSON, The Culbertson Group, PC, of Austin, Texas, argued for appellant.

ROBERT J. MCMANUS, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, THOMAS W. KRAUSE, Deputy Solicitor, and JOSEPH MATAL, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| November 7, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |